# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICKY BELL,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC., and
RALPH JOHNNIE,

    Defendants.

Case No. 3:17-cv-01301-JPG-RJD

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendations ("Report") (Doc. 40) of Magistrate Judge Reona J. Daly with regard to the defendant Ralph Johnnie's motion for summary judgment (Doc. 33). The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in a report and recommendation. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, the Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court:

- **ADOPTS** the Report in its entirety (Doc. 40); and
- **DENIES** Johnnie's motion for summary judgment (Doc. 33).

**IT IS SO ORDERED.**

**DATED:  JUNE 27, 2018**

                                                                s/ *J. Phil Gilbert*
                                                                 **J. PHIL GILBERT**
                                                                 **DISTRICT JUDGE**