# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICKY BELL,<br><br>    Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES INC and RALPH JOHNNIE,<br><br>    Defendant. | Case No. 3:17-cv-01301-JPG-RJD |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered **IN FAVOR OF** defendants WEXFORD HEALTH SOURCES INC and RALPH JOHNNIE and **AGAINST** plaintiff RICKY BELL.

DATED: July 11, 2019

                                                  **MARGARET M. ROBERTIE,**
                                                Clerk of Court

                                                **BY: s/Tina Gray**
                                                      Deputy Clerk

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**